IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER LEE T., | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-cv-0302 |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of Social Security. | : | |

## ORDER

AND NOW, this 24th day of July 2024, upon consideration of Plaintiff's Brief in Support of his Request for Review (Doc. 17), the Commissioner's Response (Doc. 25), and Plaintiff's Reply (Doc. 28), it is hereby ORDERED:

1. Plaintiff's Request for Review is **DENIED**; and

2. **JUDGMENT** is entered in favor of the Defendant; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge